UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Frankfort)

| | | |
|---|---|---|
| KRISTY LAWLESS, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 3: 19-021-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| VANESSA KENNEDY, Warden, | ) | **JUDGMENT** |
| | ) | |
| Respondent. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Judgment is entered in favor of Vanessa Kennedy, Warden, with respect to all issues raised in this proceeding.

2. The claims asserted in this action by Petitioner Kristy Lawless are **DISMISSED**, with prejudice.

3. This action is **DISMISSED** and **STRICKEN** from the Court's docket.

4. A Certificate of Appealability shall not issue with respect to any matter raised herein.

5. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated: September 19, 2019.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky